1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   E-mail:  gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | Case No.   C 06-00060 EMC |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** ; ORDER |
| v. | |
| KAREN KANE, INC., | |
| Defendant. | |

   The parties to this action hereby stipulate and agree that Defendant Karen Kane, Inc. shall have until March 9, 2006, to answer or otherwise respond to the complaint in this action.  This request is not made for purposes of delay, but to allow the parties to explore the possibility of settling this dispute without the need for further litigation.


DATED:  February 2, 2006         TOWNSEND AND TOWNSEND AND CREW LLP


                                 By: /s/*Gia L. Cincone*_____
                                     Gia L. Cincone
                                     Attorneys for Plaintiff
                                     LEVI STRAUSS & CO.

| | | |
|---|---|---|
| 1 | DATED: February 2, 2006 | WOOLLACOTT JANNOL LLP |
| 2 | | |
| 3 | | By: /s/*Cynthia Woollacott* |
| | | Cynthia Woollacott |
| 4 | | Attorneys for Defendant |
| | | KAREN KANE, INC. |

60692829 v1

IT IS SO ORDERED:

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Dated: 2/3/06

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*